UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                        :
L.D.,                                                                   :
                                                                        :
                                    Plaintiff,                          :
                                                                        :
               -v-                                                      :        26 Civ. 1724 (JPC)
                                                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :                ORDER
                                                                        :
                                    Defendant.                          :
                                                                        :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff filed the Complaint in this case on March 3, 2026, under the pseudonym "L.D."

Dkt. 1.  A party must seek leave of Court before proceeding under pseudonym.  L.D. has not moved

the Court to proceed under a pseudonym, however, nor has he complied with this District's rules

for filing a sealed or partially sealed case.  And indeed, Plaintiff's full name appears in the very

first words of the Complaint, Dkt. 1 at 1 ("Plaintiff Lloyd Donders ('L.D.' or 'Plaintiff') of The

Law Offices of Lloyd Donders, as and for its Complaint hereby allege and state the following:"),

and at various other parts of the Complaint, *id.* ¶¶ 2, 4.  By May 13, 2026, Plaintiff must file an

Amended Complaint with his full name in the caption.

       SO ORDERED.

Dated: May 7, 2026
      New York, New York             _____
                                JOHN P. CRONAN
                        United States District Judge