UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LLOYD DUNDERS,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCTION,

Defendant.

---------------------------------------------------------------------X

26 Civ. 1724 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant's motion to dismiss Plaintiff's Complaint, Dkts. 15-17, Plaintiff's opposition, Dkts. 18-19, and Defendant's reply in support of its motion, Dkt. 20. Counsel for all parties are ordered to appear before the undersigned for a conference on August 12, 2026, at 3:00 p.m., to discuss Defendant's motion to dismiss and the potential for a settlement of this matter. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. At the conference, Defendant should be prepared to explain why the IHO's February 21, 2023 order requiring Defendant to provide educational records did not grant "relief on the merits that materially altered the legal relationship between the parties." *Lackey v. Stinnie,* 604 U.S. 192, 207 (2025). Plaintiff must also be prepared to explain why, if his claim ultimately prevails, any fee award should not be reduced in light of the modest relief that was obtained. *See Hensley v. Eckerhart*, 461 U.S. 424, 436 (1983) (explaining that "the degree of success obtained" during a litigation is the "most critical factor" in computing an appropriate lodestar award); *H.C. v. N.Y.C. Dep't of Educ.*, 71 F.4th 120, 126 (2d Cir. 2023) (explaining that a fee award in an IDEA case accounts for "the rate a paying client would be willing to pay" (internal quotation marks omitted)).

SO ORDERED.

Dated: August 6, 2026
New York, New York

JOHN P. CRONAN
United States District Judge